IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM L. SULLIVAN, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 2:96CV768-A |
|  | ) WO |
| JAMES DELOACH, et al., | ) |
| Respondents. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date, Judgment is hereby entered in favor of the Respondents and against the Petitioner, William L. Sullivan, on his petition for a writ of habeas corpus. This case is Dismissed with prejudice and costs are taxed against the Petitioner.

Done this 5th day of May, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE